[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-10374
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 23, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:10-cr-00058-KD-B-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KARL WILMER FRISON,
agent of J.R.,
a.k.a. Karl Wilmr Frison,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(September 23, 2011)

Before CARNES, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Raymond Pierson, appointed counsel for Karl Frison, in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Frison's conviction and sentence are **AFFIRMED**.